

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00068-CV

**IN THE INTEREST OF N.J.T.** and V.G.T., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00721
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs of court are taxed in this appeal.

SIGNED June 13, 2018.

_____
Patricia O. Alvarez, Justice